STATE OF NEW JERSEY v. EARL WORTHINGTON.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN KAPLAN.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE FUENTES.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FREDERICK POSEN.

September 25, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. PERNELL MCKINLEY MORRIS.

September 25, 1989.

Petition for certification denied.